By Order of The U.S. Bankruptcy Court!
Mark J. Conway-Trustee

# Public AUCTION

**MATTRESSES MAN INVENTORY, VEHICLES & EQUIPMENT!**
**BOX SPRINGS, OFFICE EQUIPMENT, TRUCKS & MORE!**

# SATURDAY MARCH 14TH @10:00 A.M.

Auction Site: "Mattress Man"
788 Kidder Street
Wilkes-Barre, Pa 18702

## Items Include:

- MATTRESSES & BOX SPRINGS SETS(58)
  (Full Size, Split Spring, Sealy PP B Form & True Form)
- Box Springs (37)+-
- Beds, Electric (3)
- Daybeds (13)+-
- Headboards, Assorted (16)+-
- Bed Rails
- Pillows
- Mattress Protectors
- Bed Pillow Protects
- Computer Systems, Acer (14)
- Computer Acer CPU (3) & (2) Monitors
- Computers Acer CPU (6), Flat Screens (7)
- Computer, HP Pavillion 521P
- Printer Epson CX2400
- Printer, Epson CX4880
- Canon Super Fax Machine G3 (8)
- Fax/Phone, Canon Super G3 L80
- OKI B4350 Printers (10)
- Brother SX4000
- Fax, Canon L75
- Credit Card Machines
- Intermac 3400C Easy
- Server
- Desks w/Cherry Top (11)+-
- Cabinets, Cherry (8)+-

1

- Chairs, Black Leather (14)+-
- Office Swivel Chairs (15)+-
- Cabinets, Cherry (4)+-
- Stands, Wood (2)
- Credenza (2)
- Conference Table
- Conference Chairs, Red (6)
- File Cabinets, Legal (17)
- File Cabinets (4)
- Power Back Up, APC
- Phone Systems (4) AT&T Merlin, RCA
- Fire Extinguisher, 10#, ABC, Sentry
- Key Box
- Time Clock, Acroprint
- Signage/Advertising/Neon
- Step Ladder, 8', Aluminum
- File Cabinets, 4 Drawer (2)
- Printer Cartridges
- Digital Radio
- Shop Vac
- Televisions, GE & Magnavox (7)
- CC TV, New 3750 (2)
- VCR, RCA
- Cube Refrigerators, (3)
- Vacuum Cleaners, Hoover, Eureka, Dirt Devil, Etc.
- Microwave Oven, Samsung
- Toaster Ovens
- Metro Stands
- File Cabinet, 2 Drawer
- Stand, Wood
- Stand, Metal
- & More

- <u>Vehicles:</u>
- 2005 Mitsubishi Truck, VIN- JL6BBH1S85K001188, Odom: 133,893
- 2005 Mitsubishi Truck, VIN-JL6BBH1SX5K012662, Odom: 142,957
- 2005 Mitsubishi Truck, VIN-JL6BBH1S65K012674. Odom: 137,515
- 2003 Mitsubishi Truck, VIN-JW6BHH1S63L00300, Odom: 141.268
- 1996 Mitsubishi Truck, VIN-JW6AAF1H7TL001853, Odom: 300,000
- Storage Trailer, 53'
- Fork Lift, Crown, Model 30WTT, Electric, Solid Tire,
    3,000 Lb Capacity, S#1A15053 (Walk Behind)

2

**INSPECTION:** Two Hours Prior to sale.
**PAYMENT:** in Full Day of Sale, Via Cash, Good Check Accompanied by a Bank Letter of Guarantee. Example: Mr/Mrs is a customer of this bank and will guarantee any and all checks on account #_____ Presented to and including $_____(Amount), for purchases at the Col. Steve Sitar & Co. Auction on _____2009. Credit Cards Accepted.
**REMOVAL:** Day of Sale & Day after by Appointment!

Sale Subject to Approval of the U.S. Bankruptcy Court!

DISCLAIMER: All information in this brochure was derived from reliable sources, believed to be correct, but not guaranteed! Bidders shall rely entirely on their own information, judgment & inspection. All announcements from the Auction Block will take precedence over any previously printed matter or oral statements made! NO warranties expressed or implied. This brochure is only a guide. Inventory May vary. Everything sold "As is & Where is".

For more Information & Photo's, check our Website:

*Hire the Commercial, Industrial & Real Estate Auctioneers!*

A Nationwide Firm!

# Col. Steve Sitar & Co.

Ph:(570) 586-1397    P.O. Box 779    Fax: (570) 586-6058
Waverly, Pa. 18471
www.sitarauctions.com

Auctioneer's:
Col. Steve Sitar: Pa.Lic. AU2124-L    Col. Dan Naylor: Pa.Lic. AU3054-L